AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

LEE A. HOLDER,

v.

CASE NUMBER: C08-5099RBL

CITY OF VANCOUVER,

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion to Dismiss is GRANTED and this case is DISMISSED.

DATED :     4/3/2008

      BRUCE  RIFKIN
*Clerk*

      /s/   Jean Boring
*(By) Deputy Clerk*, Jean Boring