HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEE A. HOLDER,

        Plaintiff,

    v.

CITY OF VANCOUVER,

        Defendant.

Case No. C08-5099RBL

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION

**I. INTRODUCTION**

    This matter comes before the Court on Plaintiff's Motion for Reconsideration.[1] (Dkt. #16). In the motion, Plaintiff reiterates several arguments that have been rejected by this Court in its Order Granting Defendant's Motion to Dismiss. (Dkt. #14). Plaintiff claims he is not challenging or seeking review of the state court's adverse rulings. However, his brief is largely a recitation of the facts he claims were incorrectly determined. His argument that the *Rooker-Feldman* doctrine does not apply is incorrect. The decision to dismiss his action on that ground was correct, and will not be reconsidered.

    Under Local Rule 7, "[m]otions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." CR 7(h), *Local*

---

[1] The Plaintiff characterized the motion as "Motion for Review of Decision" but the Court is treating it as a Motion for Reconsideration.

*Rules W.D. Wash*. The Court did not err in its previous ruling and will not reconsider it here. Plaintiff has shown nothing more than the fact that he disagrees with the Court's previous ruling. The Plaintiff has not shown that the Court's decision contained manifest error. Finally, the Plaintiff has also shown no new facts or legal authority that could not have been brought to the court's attention earlier. Therefore, Plaintiff's motion to reconsider the court's order of dismissal is DENIED.

IT IS SO ORDERED

DATED this 23rd day of April, 2008.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE